IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

SHEILA J. MORRIS
3801 Ida Court
Forestville, Maryland 20747

        Plaintiff

vs.

DOLGENCORP, LLC d/b/a Dollar General
100 Mission Ridge
Goodlettsville, Tennessee 37072-2171

Serve on:

   CSC Lawyers Incorporating Service Company
   7 St. Paul Street, #820
   Baltimore, Maryland 21202

        Defendant

  And

DOLLAR GENERAL OCEAN PINES MD, L.L.C.
d/b/a Dollar General
13064 Riggin Ridge Road
Ocean City, Maryland 21842

Serve on:

   Spiro P. Buas
   13064 Riggin Ridge Road
   Ocean City, Maryland 21842

Case No. _____

## COMPLAINT

THE HONORABLE, THE JUDGES OF SAID COURT:

    COMES NOW Plaintiff, Sheila J. Morris, by and through her attorney, William C.

1

# EXHIBIT A

McCaskill, and brings this action against the Defendants, Dolgencorp, LLC, and Dollar General Ocean Pines MD, L.L.C., and in support states as follows:

## COUNT I

1. That Plaintiff, Sheila J. Morris, is an adult citizen of the United States and a resident of Prince George's County, Maryland.

2. That Defendant, Dolgencorp, LLC d/b/a Dollar General, hereinafter "Dolgencorp, LLC" is a Corporation organized under the laws of the State of Maryland, licensed to do business in the State of Maryland, and regularly conducts business in the State of Maryland and was so conducting business on or about July 21, 2017.

3. That Defendant, Dollar General Ocean Pines MD, LLC is a Corporation organized under the laws of the State of Maryland, licensed to do business in the State of Maryland, and regularly conducts business in the State of Maryland and was so conducting business on or about July 21, 2017.

4. That on or about July 21, 2017, Plaintiff was shopping in a careful and prudent manner at Dollar General owned and maintained by Dolgencorp, LLC located at 3300 Walters Lane, Forestville, Maryland 20747, when she stepped in an aisle on clear thick laundry detergent, slipped and severely injured herself. At no time was Plaintiff contributorily negligent and she had no opportunity to avoid the accident.

5. That Defendant, Dolgencorp, LLC knew or should have known, in the exercise of reasonable care, of the dangerous condition created by the spilled laundry detergent in the aisle of the Dollar General in Forestville, Maryland, and knew for a sufficient length of time prior to the time of the accident herein described to enable the

# EXHIBIT A

Defendants, by the exercise of reasonable care and diligence, to have repaired and remedied said hazardous condition.

6. That it was then and there the duty of the Defendant, Dolgencorp, LLC to use due care, to maintain and control the premise located at 3300 Walters Lane, Forestville, Maryland 20747, to correct the hazardous condition created by the laundry detergent on the floor, and to generally provide a reasonably safe place to walk for Defendant's invitees, including the Plaintiff, Sheila J. Morris, or failing that, to warn the Plaintiff of said hazardous condition.

7. That Defendant, Dolgencorp, LLC then and there breached its duty by failing to use due care to maintain and control said premise, by failing to correct the dangerous condition created by the spilled laundry detergent, by failing to provide a reasonably safe place for the Plaintiff to walk and by failing to adequately warn Plaintiff of the hazardous condition created by the spilled laundry detergent.

8. That said negligence on the part of the Defendant was the actual and proximate cause of the accident and the actual and proximate cause of the injuries and damages which occurred to the Plaintiff on the date aforesaid.

9. That as a direct and proximate result of the negligence of the Defendant, Dolgencorp, LLC., Plaintiff has suffered and will continue to suffer in the future, severe physical injuries and mental anguish. Additionally, Plaintiff has expended and will continue to expend in the future, vast sums for medical care and treatment, medicines, nursing service, physical therapy, and other protracted medical related attention. Further, Plaintiff has lost extensive wages and will continue to lose such wages in the future and thus presents a claim for earnings loss and loss of earning capacity. Finally,

# EXHIBIT A

Plaintiff is unable to perform normal household duties and thus presents a claim for loss of home services. All of the above damages were directly and proximately caused by Defendant, Dolgencorp, LLC. were incurred without contributory negligence on the part of the Plaintiff or an opportunity for the Plaintiff, Sheila J. Morris, to avoid the accident.

WHEREFORE, Plaintiff, Sheila J. Morris, demands judgment against the Defendant, Dolgencorp, LLC in an amount greater than Seventy Five Thousand Dollars ($75,000), plus costs.

## COUNT II

COMES NOW Plaintiff, Sheila J. Morris, by and through her attorney, William C. McCaskill, and re-alleges and incorporates by reference the allegations set forth in Count I of this Complaint as if fully set forth herein and additionally and/or alternatively states as follows:

9. That on or about July 21, 2017, Plaintiff was shopping in a careful and prudent manner at Dollar General owned and maintained by Dollar General Ocean Pines MD, L.L.C., located at 3300 Walters Lane, Forestville, Maryland 20747, when she stepped in an aisle on clear thick laundry detergent, slipped and severely injured herself. At no time was Plaintiff contributorily negligent and she had no opportunity to avoid the accident.

10. That Defendant, Dollar General Ocean Pines MD, L.L.C. knew or should have known, in the exercise of reasonable care, of the dangerous condition created by the spilled laundry detergent in the aisle of the Dollar General in Forestville, Maryland, and knew for a sufficient length of time prior to the time of the accident herein described to

# EXHIBIT A

enable the Defendant, by the exercise of reasonable care and diligence, to have repaired and remedied said hazardous condition.

11. That it was then and there the duty of the Defendant, Dollar General Ocean Pines MD, L.L.C. to use due care, to maintain and control the premise located at 3300 Walters Lane, Forestville, Maryland 20747, to correct the hazardous condition created by the laundry detergent on the floor, and to generally provide a reasonably safe place to walk for Defendant's invitees, including the Plaintiff, Sheila J. Morris, or failing that, to warn the Plaintiff of said hazardous condition.

12. That Defendant, Dollar General Ocean Pines MD, L.L.C. then and there breached its duty by failing to use due care to maintain and control said premise, by failing to correct the dangerous condition created by the spilled laundry detergent, by failing to provide a reasonably safe place for the Plaintiff to walk and by failing to adequately warn Plaintiff of the hazardous condition created by the spilled laundry detergent.

13. That said negligence on the part of the Defendant was the actual and proximate cause of the accident and the actual and proximate cause of the injuries and damages which occurred to the Plaintiff on the date aforesaid.

9. That as a direct and proximate result of the negligence of the Defendant, Dollar General Ocean Pines MD, L.L.C., Plaintiff has suffered and will continue to suffer in the future, severe physical injuries and mental anguish. Additionally, Plaintiff has expended and will continue to expend in the future, vast sums for medical care and treatment, medicines, nursing service, physical therapy, and other protracted medical related attention. Further, Plaintiff has lost extensive wages and will continue to lose

# EXHIBIT A

such wages in the future and thus presents a claim for earnings loss and loss of earning capacity. Finally, Plaintiff is unable to perform normal household duties and thus presents a claim for loss of home services. All of the above damages were directly and proximately caused by Defendant, Dollar General Ocean Pines MD, L.L.C. were incurred without contributory negligence on the part of the Plaintiff or an opportunity for the Plaintiff, Sheila J. Morris, to avoid the accident.

WHEREFORE, Plaintiff, Sheila J. Morris, demands judgment against the Defendant, Dollar General Ocean Pines MD, L.L.C. in an amount greater than Seventy Five Thousand Dollars ($75,000), plus costs.

## COUNT III

The facts and allegations as more fully set forth in Count I and Count II are hereby incorporated and made a part hereof as if fully recited herein, and it is further alleged:

14. That Defendants, Dolgencorp, LLC and Dollar General Ocean Pines MD, LLC., are jointly and severally liable for the injuries sustained by Plaintiff, Sheila Morris.

WHEREFORE, Plaintiff, Sheila Morris, demands judgment against Defendants, Dolgencorp, LLC and Dollar General Ocean Pines MD, LLC., jointly and severally, in an amount greater than Seventy Five Thousand Dollars ($75,000), plus costs.

Respectfully submitted,

William C. McCaskill, Esq. #10506
6448 Bock Road
Oxon Hill, Maryland 20745
(240) 667-7702
Attorney for Plaintiff
CPF#0406150204



**EXHIBIT A**

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | |
|---|---|
| SHEILA J. MORRIS<br>3801 Ida Court<br>Forestville, Maryland 20747<br><br>       Plaintiff<br><br>vs.<br><br>DOLGENCORP, LLC d/b/a Dollar General<br>100 Mission Ridge<br>Goodlettsville, Tennessee 37072-2171<br><br>Serve on:<br><br>   CSC Lawyers Incorporating Service<br>   Company<br>   7 St. Paul Street, #820<br>   Baltimore, Maryland 21202<br><br>       Defendant<br><br>And<br><br>DOLLAR GENERAL OCEAN PINES MD, L.L.C.<br>d/b/a Dollar General<br>13064 Riggin Ridge Road<br>Ocean City, Maryland 21842<br><br>Serve on:<br><br>   Spiro P. Buas<br>   13064 Riggin Ridge Road<br>   Ocean City, Maryland 21842 | Case No._____ |

### REQUEST FOR JURY TRIAL

Plaintiff, by counsel, hereby requests a trial by jury in the above captioned matter.

7

# EXHIBIT A

William C. McCaskill, Esq.
6448 Bock Road
Oxon Hill, Maryland 20745
(240) 667-7702
William@pgcountyinjury.com
Attorney For Plaintiff
CPF#0406150204

8

# EXHIBIT A